Ramsey v. Brothers 4 Transport, Inc./Liens.
<u>Removal Exhibits</u>

Exhibit A        Complaint with Attachment

Exhibit B        Notice of Filing Notice of Removal

Exhibit C        Email of September 27, 2022 (Sadler to Spicker)

Exhibit D        Summons (Brothers 4 Transport)

Exhibit E        Declaration of Service (Brothers 4 Transport)

Exhibit F        Plaintiff Fastar Choice/Fastar Certificate

Exhibit G        Pima County Superior Court Civil Case History/Docket

Exhibit H        Order/Motion Recertifying Case

# EXHIBIT A

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/15/2022 9:56:31 AM
BY: JAMES R. ORR /S/
DEPUTY

Case No. C20223373
HON. GREG SAKALL

Douglas R. Zanes, Esq. (ASB #018195/PCC #65253)
Jeffrey H. Sadler, Esq. (ASB #035509)
**ZANES LAW INJURY LAWYERS**
4580 E. Grant Rd.
Tucson, AZ 85712
Firm: (520) 881-9311
Direct: (602) 682-6461
dzanes@zaneslaw.com
jsadler@zaneslaw.com
litigation@zaneslaw.com
jbrunner@zaneslaw.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| JILL RAMSEY, individually, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | (TORT-MOTOR VEHICLE) |
| BROTHERS 4 TRANSPORT INC, a foreign for-profit corporation; ISRAEL Y LIENS and "JANE DOE" LIENS, husband and wife; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X and JANE DOES I-X, | (Tier 1) |
| Defendants. | |

Plaintiff, Jill Ramsey ("Plaintiff"), by and through undersigned counsel, brings suit against Defendants and alleges as follows:

### JURISDICTION & VENUE

1.      This Court has jurisdiction because Plaintiff is a resident of Pima County, Arizona, and the cause of action in this Complaint occurred in Pima County.

1

2.    Venue is proper in Pima County because the cause of action on which this Complaint is based arose in Pima County.

3.    Plaintiff seeks damages in excess of the minimal jurisdictional limits of this Court.

4.    This is a Tier 1 case pursuant to Ariz. R. Civ. P. 26.2(b).

**PARTIES**

5.    Plaintiff is a resident of Pima County.

6.    Defendants Israel Y Liens ("Defendant Liens") and "Jane Doe" Liens are residents of Pima County. Defendant Liens was the driver of the 2011 International semi-truck involved in the collision described below.

7.    At all times relevant hereto, Defendant Liens was acting on his own behalf and on behalf of his employer Defendant Brothers 4 Transport, Inc. ("Defendant Brothers")

8.    At all material times herein, Defendants Liens were acting for and on behalf of their marital property.

9.    Defendants Brothers 4 Transport, Inc. is a foreign for-profit corporation incorporated in Florida with its principal place of business located at 6747 NW 193 Ln., Hialeah, FL 33015. Defendant Brothers was the owner of the 2011 International semi-truck involved in the collision described below.

10.    Defendant Brothers was the employer of Defendant Liens.

11.    Defendants ABC Partnerships I-X, XYZ Corporations I-X, John Does I-X, and Jane Does I-X are corporations, limited liability companies, limited partnerships, joint ventures, business entities—incorporated or doing business in Arizona—or natural persons with liability

2

for the actions or omissions giving rise to the cause of action described below. The names of these Defendants are presently unknown to Plaintiff, and they are therefore sued under an alias. The true names of such Defendants will be submitted when they become known. Additionally, any non-party designated by a Defendant is to be deemed as one of these fictitiously named Defendants.

## GENERAL ALLEGATIONS

12.     Plaintiff re-alleges and incorporates by reference all preceding allegations.

13.     At all material times herein, Defendant Liens was acting within the course and scope of his employment with Defendant Brothers.

14.     Defendant Brothers was the lawful owner and responsible party of the white semi-truck trailer driven by Defendant Liens.

15.     On October 20, 2020, Plaintiff was a restrained driver operating a 2014 black Kia sedan traveling eastbound in the number 3 lane (slow/right lane) on Interstate 10 in Tucson near the off-ramp towards Kino Pkwy.

16.     At the same time, Defendant Liens was operating a white semi-truck trailer traveling eastbound in the number 2 lane (middle lane) on Interstate 10 in Tucson near the off-ramp towards Kino Pkwy.

17.     As the number 1 (fast/left lane) lane merged into the number 2 lane, Defendant Liens attempted to merge into the number 3 lane (slow/right lane).

18.     Defendant liens failed to check for other cars in the number 3 lane, attempted to merge, and sideswiped Plaintiff's vehicle causing her to fishtail and collide with the guardrail head-on.

19.     Plaintiff sustained serious injuries as a result of this accident.

20.     Plaintiff received medical care for injuries sustained in the accident.

21.     Defendants are at fault for causing the accident.

## COUNT ONE
(Negligence – Defendant Liens)

22.     Plaintiff re-alleges and incorporates by reference all preceding allegations.

23.     Defendant Liens owed Plaintiff a duty to operate his motor vehicle in a reasonably safe manner and without negligence.

24.     Defendant Liens owed a duty to drive with reasonable care and follow the rules of the road.

25.     Defendant Liens breached his duty to Plaintiff, in many ways, including the following:

A.     Driving his vehicle in an unsafe and unreasonable manner; and

B.     Failing to control his speed; and

C.     Failing to exercise ordinary care to prevent injury to Plaintiff; and

D.     Failing to keep a proper lookout for vehicles in front of them; and

E.     Failing to make timely application of their brakes.

26.     Defendant Liens breached the duties he owed to Plaintiff by operating his vehicle in a negligent and unlawful manner.

4

27.    Defendant Liens' negligent and unlawful operation of his vehicle caused injury and damage to Plaintiff.

28.    The acts or omissions of Defendant Liens are the legal and proximate cause of Plaintiff's damages.

29.    As a direct and proximate result of Defendant's negligence, Plaintiff has suffered serious injuries that have caused and will continue to cause, pain, discomfort, anxiety, distress, and loss of enjoyment of life.

30.    As a direct and proximate result of Defendant's negligence, Plaintiff incurred expenses for medical care, treatment, and services, and will likely incur additional expenses in the future.

31.    As a direct and proximate result of Defendant's negligence, Plaintiff sustained damages and injury in an amount to be proven at trial.

**COUNT TWO**
(Negligence *Per Se* – Defendant Liens)

32.    Plaintiff re-alleges and incorporates by reference all preceding allegations.

33.    A.R.S. § 28-729 prohibits moving from one lane into another until the movement can be made safely. This statutory provision is designed to protect all motorists, including Plaintiff, from negligent drivers on the roadway. Violations of these statutory duties constitute negligence *per se.*

34.    Defendant Liens owed a duty to drive with reasonable care and follow the rules of the road.

35.     Defendant Liens breached the duties he owed to Plaintiff by operating his vehicle in a negligent and unlawful manner and failing to make a safe lane change, violating A.R.S. § 28-729.

36.     Defendant Liens' negligent and unlawful operation of his vehicle caused injury and damage to Plaintiff.

37.     The acts or omissions of Defendant are the legal and proximate cause of Plaintiff's damages.

38.     As a direct and proximate result of Defendant's negligence, Plaintiff has suffered serious injuries that have caused and will continue to cause, pain, discomfort, anxiety, distress, and loss of enjoyment of life.

39.     As a direct and proximate result of Defendant's negligence, Plaintiff incurred expenses for medical care, treatment, and services, and will likely incur additional expenses in the future.

40.     As a direct and proximate result of Defendant's negligence, Plaintiff sustained damages and injury in an amount to be proven at trial.

## COUNT THREE
(Vicarious Liability – Defendant Brothers)

41.     Plaintiff re-alleges and incorporates by reference all preceding allegations.

42.     An employer is vicariously liable for the negligent acts of its employees, agents, or representatives while they are acting within the course and scope of employment with the said employer under the doctrine of *respondeat superior*.

43.     Defendant Liens owed Plaintiff a duty to operate his motor vehicle in a reasonably safe manner and without negligence.

44.     Defendant Liens owed a duty to drive with reasonable care and follow the rules of the road.

45.     Defendant Liens breached his duty to Plaintiff.

46.     Defendant Liens' negligent statutory violation of A.R.S. § 28-729 constitutes negligence *per se*.

47.     Defendant Liens was acting within the course and scope of his employment with Defendant Brothers at the time of his negligent acts.

48.     Defendant Liens' negligent and unlawful operation of his vehicle caused injury and damage to Plaintiff.

49.     The acts or omissions of Defendant Liens are the legal and proximate cause of Plaintiff's damages.

50.     As a direct and proximate result of Defendant Liens' negligence, Plaintiff has suffered serious injuries that have caused and will continue to cause, pain, discomfort, anxiety, distress, and loss of enjoyment of life.

51.     As a direct and proximate result of Defendant Liens' negligence, Plaintiff incurred expenses for medical care, treatment, and services, and will likely incur additional expenses in the future.

52.     As a direct and proximate result of Defendant Liens' negligence, Plaintiff sustained damages and injury in an amount to be proven at trial.

7

53.     Therefore, Defendant Brothers is vicariously liable for Plaintiff's damages.

**WHEREFORE,** Plaintiff respectfully requests judgment against Defendants as follows:

A.      Plaintiff's past and future medical treatment and expenses.

B.      Plaintiff's loss of earnings and future loss of earning.

C.      Plaintiff's general damages in an amount to be proven at trial.

D.      For an amount which will reasonably compensate Plaintiff for any permanent impairment, limitation, injuries, and/or disfigurement.

E.      Plaintiff's pain and suffering, past and future.

F.      Plaintiff's loss of enjoyment of life and/or the capacity to live a full life.

G.      Plaintiff's special damages in an amount to be proven at trial.

H.      Plaintiff's attorneys' fees and costs.

I.      Such other and further relief as the court deems just and proper.

DATED August 15, 2022.

**ZANES LAW INJURY LAWYERS**

By:  */s/ Jeffrey H. Sadler*
      Jeffrey H. Sadler, Esq.
      *Attorney for Plaintiff*

Original of the foregoing e-filed
on August 15, 2022, with/via:

TURBOCOURT
CIVIL CLERK'S OFFICE
PIMA COUNTY SUPERIOR COURT

By: */s/ Richard Adams*
     Litigation Paralegal

# ATTACHMENT (CASE HISTORY)

### PIMA COUNTY SUPERIOR COURT/CASE HISTORY
### (Ramsey v. Brothers 4 Transport, Inc./Liens – CASE NO. C20223373)

| | |
|---|---|
| **Case Number:** | C20223373 |
| **Filing Date:** | 8/ 15/ 2022 |
| **Caption:** | |
| **Judge:** | GREG SAKALL |

## Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| JILL RAMSEY | Plaintiff | True | |
| BROTHERS 4 TRANSPORTS INC. | Defendant | True | |
| ISRAEL Y LIENS | Defendant | True | |



## Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Motion | Motion | Motion to Recertify | 9/29/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | Isreal Liens Affidavit of Service.pdf | 9/2/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | 4 Brothers Transport Inc Affidavit of Service.pdf | 9/2/2022 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 8/15/2022 | Available at Courthouse |
| Arbitration | Fastar Choice Certificate | FASTAR Choice Certificate | 8/15/2022 | Available at Courthouse |

| Misc | Documents/Records Filed | Civil Cover Sheet | 8/15/2022 | Available at Courthouse |
|------|------|------|------|------|
| Arbitration | Fastar Certificate | FASTAR Certificate | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |

# EXHIBIT B

1  Phillip H. Stanfield, Bar #011729
   Clarice A. Spicker, Bar #029964
2  Michael E. Appel, Bar #
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone:  (602) 263-1745
   Fax:  (602) 200-7877
5  pstanfield@jshfirm.com
   cspicker@jshfirm.com
6  mappel@jshfirm.com
   minuteentries@jshfirm.com
7
   Attorneys for Defendants
8

9                    **SUPERIOR COURT OF THE STATE OF ARIZONA**

10                              **COUNTY OF PIMA**

11   JILL RAMSEY, individually,                    NO. C20223373

12                                 Plaintiff,       **NOTICE OF FILING NOTICE OF**
                                                    **REMOVAL**
13              v.
                                                    **(Tier 1)**
14   BROTHERS 4 TRANSPORT INC, a foreign
     for-profit corporation; ISRAEL Y LIENS and     (Assigned to the Honorable Greg Sakall)
15   "JANE DOE" LIENS, husband and wife; ABC
     PARTNERSHIPS I-X; XYZ
16   CORPORATIONS I-X; JOHN DOES I-X and
     JANE DOES I-X,
17
                                 Defendants.
18

19              Defendant Brothers 4 Transport, Inc. through undersigned counsel, hereby provide

20   notice to the Court and Plaintiff that they have filed a Notice of Removal of the above-captioned

21   matter from Superior Court of the State of Arizona, to the United States District Court for the

22   District of Arizona, pursuant to 28 U.S.C. §§ 1441, and 1446.

23              A copy of the Notice of Removal which was filed with the US District Court for the

24   District of Arizona, exclusive of Exhibits, is attached hereto as **Exhibit A**.

25

DATED this 30th day of September, 2022.

JONES, SKELTON & HOCHULI P.L.C.


By _/s/ Clarice A. Spicker_____
   Phillip H. Stanfield
   Clarice A. Spicker
   Michael E. Appel
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants

ORIGINAL of the foregoing electronically filed
this 30th day of September, 2022.

COPY of the foregoing mailed/e-mailed
this 30th day of September, 2022, to:

Douglas R. Zanes
Jeffrey H. Sadler
ZANES LAW INJURY LAWYERS
4580 E. Grant Rd.
Tucson, AZ  85712
Counsel for Plaintiff


_____

**EXHIBIT C**

**From:** Jeffrey Sadler <jsadler@zaneslaw.com>
**Sent:** Tuesday, September 27, 2022 10:21:03 AM
**To:** CLARICE SPICKER <CSpicker@JSHFIRM.COM>; Jocelyn Reyes <JReyes@JSHFIRM.COM>; Richard Adams <radams@zaneslaw.com>
**Cc:** Litigation <litigation@zaneslaw.com>
**Subject:** Re: Claim # 009283-000178-AD-01

Yes.  I just realized that today.  We will recertify.
 Jeff

Get Outlook for iOS

---

**From:** CLARICE SPICKER <CSpicker@JSHFIRM.COM>
**Sent:** Tuesday, September 27, 2022 10:13:58 AM
**To:** Jeffrey Sadler <jsadler@zaneslaw.com>; Jocelyn Reyes <JReyes@JSHFIRM.COM>; Richard Adams <radams@zaneslaw.com>
**Cc:** Litigation <litigation@zaneslaw.com>
**Subject:** RE: Claim # 009283-000178-AD-01


Jeff – you certified the Complaint as Tier 1.  Was that a mistake?



**CLARICE A. SPICKER** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-4544 | **F** (602) 200-7810
website | bio | vCard | map | email | linkedin | facebook | twitter

**From:** Jeffrey Sadler <jsadler@zaneslaw.com>
**Sent:** Tuesday, September 27, 2022 10:11 AM
**To:** Jocelyn Reyes <JReyes@JSHFIRM.COM>; Richard Adams <radams@zaneslaw.com>
**Cc:** CLARICE SPICKER <CSpicker@JSHFIRM.COM>; Litigation <litigation@zaneslaw.com>
**Subject:** Re: Claim # 009283-000178-AD-01

Jocelyn:
  We cannot stipulate to that.
  Thank you,
Jeff

Get Outlook for iOS

---

**From:** Jocelyn Reyes <JReyes@JSHFIRM.COM>
**Sent:** Tuesday, September 27, 2022 9:46:35 AM
**To:** Jeffrey Sadler <jsadler@zaneslaw.com>; Richard Adams <radams@zaneslaw.com>
**Cc:** CLARICE SPICKER <CSpicker@JSHFIRM.COM>; Litigation <litigation@zaneslaw.com>
**Subject:** Claim # 009283-000178-AD-01

Good morning,

I'm emailing regarding Ramsey v. Brothers 4 Transport. The notice of removal is due on Friday and I wanted to know whether you would stipulate to under $75,000 for damages? Otherwise, we will proceed with removal.

Thank you,



**JOCELYN REYES** | Law Clerk
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-4440 | **F** (602) 651-7594

[website](website) | [bio](bio) | [vCard](vCard) | [map](map) | [email](email) | [linkedin](linkedin) | [facebook](facebook) | [twitter](twitter)

**EXHIBIT D**

Person/Attorney Filing: Douglas Zanes
Mailing Address: 4580 E. Grant Road
City, State, Zip Code: Tucson, AZ 85712
Phone Number: (602)999-9999
E-Mail Address: litigation@zaneslaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 018195, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Jill Ramsey
    Plaintiff(s),

v.

Brothers 4 Transports Inc., et al.
    Defendant(s).

Case No.  C20223373

**SUMMONS**

HON. GREG SAKALL

To: Brothers 4 Transports Inc.

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 8/15/2022

Gary Harrison
Clerk of the Superior Court

By:    JAMES R. ORR /s/
                Deputy Clerk

**EXHIBIT E**

FILED
Gary Harrison
CLERK, SUPERIOR COURT
9/2/2022 11:23:01 AM
BY: ALAN WALKER /S/
DEPUTY

# DECLARATION OF SERVICE

Notice: This document contains sensitive data

| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF PIMA** | |
|---|---|---|
| Plantiff | **JILL RAMSEY** | Case No. C20223373<br>HON. GREG SAKALL |
| Defendant | **BROTHERS 4 TRANSPORT INC; ISRAEL Y LIENS; JANE DOE LIENS; ABC PARTNERSHIPS I-X; XYZ COPORATIONS I-X; JANE DOES I-X; JOHN DOES I-X** | Case #<br>**C20223373** |
| Person to be Served | **BROTHERS 4 TRANSPORT INC (CURRENT REGISTERED AGENT IS CLAUDIA RODRIGUEZ SALENE)** | |
| Manner of Service | **Personal** | Service Date/Time<br>**8/31/2022**      **4:10 PM** |
| Documents | **COMPLAINT;COVERSHEET;FASTAR CERTIFICATE;FASTAR CHOICE;SUMMONS** | Service Fee<br>**$65.00** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **31st day of August, 2022** at **4:10 PM** at the address of **6747 Northwest 193rd Lane, Hialeah, Miami-Dade County, FL 33015**; the undersigned served the above described documents upon **BROTHERS 4 TRANSPORT INC (CURRENT REGISTERED AGENT IS CLAUDIA RODRIGUEZ SALENE)** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Claudia Rodriguez Salene, I delivered the documents to Claudia Rodriguez Salene who indicated they were the corporate officer with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 35-45 years of age, 5'-5'4" tall and weighing 160-180 lbs with an accent.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of FL that the statement above is true and correct.

Date: _____9/1/22_____

**Kelly Hodges, Reg. # 10052, Miami Dade Florida**
**7221 NW 1 Street, Pembroke Pines, FL 33024**

Ref  **REF-10778014**



 **INTER-STATE INVESTIGATIVE SERVICES**


Tracking # **0092041651**


# EXHIBIT F

FILED
Gary Harrison
CLERK, SUPERIOR COURT

8/15/2022 9:56:31 AM

BY: JAMES R. ORR /S/
DEPUTY

Case No. C20223373
HON. GREG SAKALL

Douglas R. Zanes, Esq. (ASB #018195/PCC #65253)
Jeffrey H. Sadler, Esq. (ASB #035509)
**ZANES LAW INJURY LAWYERS**
4580 E. Grant Rd.
Tucson, AZ 85712
Firm: (520) 881-9311
Direct: (602) 682-6461
dzanes@zaneslaw.com
jsadler@zaneslaw.com
litigation@zaneslaw.com
jbrunner@zaneslaw.com
*Attorneys for Plaintiff*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| JILL RAMSEY, individually,<br><br>                                    Plaintiff,<br><br>vs.<br><br>ISRAEL Y LIENS and JANE DOE LIENS, husband and wife; BROTHERS 4 TRANSPORT INC , a foreign for-profit corporation;  ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X and JANE DOES I-X,<br><br>                                    Defendants. | **PLAINTIFF'S FASTAR RULE 103 CHOICE CERTIFICATE: ALTERNATIVE DISPUTE RESOLUTION** |

Plaintiff, by and through undersigned counsel, certifies that he or she has read FASTAR

Rule 103 and makes the following choice regarding a Fast Trial or Alternative Resolution

pursuant to FASTAR Rule 103 of the FASTAR Rules:

☐        **Fast Trial**

☒        **Alternative Resolution:** By checking this box and choosing Alternative

Resolution, I hereby knowingly and voluntarily waive Plaintiff(s)' constitutional and statutory

rights to a trial (jury or bench), including the right to appeal the Alternative Resolution result.

1

DATED August 15, 2022.

**ZANES LAW INJURY LAWYERS**

By: */s/ Jeffrey H. Sadler*
Jeffrey H. Sadler, Esq.
*Attorney for Plaintiff*

Original of the foregoing e-filed
on August 15, 2022, with/via:

TURBOCOURT
CIVIL CLERK'S OFFICE
PIMA COUNTY SUPERIOR COURT

Copy of the foregoing emailed
on August 15, 2022, to:

By: */s/ Richard Adams*
Litigation Paralegal

2

FILED
Gary Harrison
CLERK, SUPERIOR COURT

8/15/2022 9:56:31 AM

BY: JAMES R. ORR /S/
DEPUTY

Case No. C20223373
HON. GREG SAKALL

PERSON/ATTORNEY FILING: Douglas Zanes
MAILING ADDRESS: 4580 E. Grant Road
CITY, STATE, ZIP CODE: Tucson, AZ 85712
PHONE NUMBER: (602)999-9999
E-MAIL ADDRESS: litigation@zaneslaw.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 018195, Issuing State: AZ

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Jill Ramsey
Plaintiff(s),

V.

Brothers 4 Transports Inc., et al.
Defendant(s).

CASE NO: _____

### RULE 102a FASTAR CERTIFICATE

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b

and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☒ **DOES** meet the eligibility criteria established by Rule 101b; or

☐ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Douglas Zanes /s/ _____
SIGNATURE

**EXHIBIT G**

## PIMA COUNTY SUPERIOR COURT/CASE HISTORY
### (Ramsey v. Brothers 4 Transport, Inc./Liens – CASE NO. C20223373)

**Case Number:** C20223373

**Filing Date:** 8/15/2022

**Caption:**

**Judge:** GREG SAKALL

 **Party Information**

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| JILL RAMSEY | Plaintiff | True | |
| BROTHERS 4 TRANSPORTS INC. | Defendant | True | |
| ISRAEL Y LIENS | Defendant | True | |

**Case/Document Information**

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Motion | Motion | Motion to Recertify | 9/29/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | Isreal Liens Affidavit of Service.pdf | 9/2/2022 | Available at Courthouse |
| Affidavit | Certificate Of Service | 4 Brothers Transport Inc Affidavit of Service.pdf | 9/2/2022 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 8/15/2022 | Available at Courthouse |
| Arbitration | Fastar Choice Certificate | FASTAR Choice Certificate | 8/15/2022 | Available at Courthouse |

| Misc | Documents/Records Filed | Civil Cover Sheet | 8/15/2022 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 8/15/2022 | Available at Courthouse |

2

# EXHIBIT H

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
9/29/2022 1:25:10 PM
CASE C20223373

Douglas R. Zanes, Esq. (ASB #018195/PCC #65253)
Jeffrey H. Sadler, Esq. (ASB #035509)
**ZANES LAW INJURY LAWYERS**
4580 E. Grant Rd.
Tucson, AZ 85712
Firm: (520) 881-9311
Direct: (602) 682-6461
litigation@zaneslaw.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| JILL RAMSEY, individually,<br><br>                                Plaintiff,<br><br>vs.<br><br>ISRAEL Y LIENS and JANE DOE LIENS, husband and wife; BROTHERS 4 TRANSPORT INC, a foreign for-profit corporation; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X and JANE DOES I-X,<br><br>                                Defendants. | Case No.: C20223373<br><br>**ORDER AMENDING THE CERTIFICATE OF COMPULSORY ARBITRATION AND RECERTIFYING THE CASE**<br><br>(Tier 2)<br><br>Assigned to Hon. Greg Sakall |

The Court, having considered the Parties' Stipulation, and good cause appearing,

**IT IS ORDERED** recertifying the case to Tier 2 designation, and removing the case from the FASTAR pilot program.

/s/
HON. GREG SAKALL
(ID: 185336e4-f618-4a9c-97e1-c523b58e2391)

1

1

2

3

**COURT NOTICE**
THE ORIGINAL FILER MUST SERVE A COPY OF THIS
ORDER/NOTICE/JUDGMENT
ON ALL PARTIES HAVING APPEARED IN THIS CASE.